PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Toro, Jennifer                                             Cr.: 07-00456-001

Name of Sentencing Judicial Officer: Stanley R. Chesler

Date of Original Sentence: 12/26/07

Original Offense: Conspiracy to distribute oxycodone

Original Sentence: Probation five years, drug testing and treatment, DNA testing

Type of Supervision: Probation                              Date Supervision Commenced: 12/20/07

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

The offender is unable to satisfy the $581.94 balance owed for her term of home confinement due to her living on a fixed income, supporting herself from disability benefits.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 7/4/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

PROB 12B - Page 2
Toro, Jennifer

Signature of Judicial Officer

7/22/08
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **CHRISTOPHER MALONEY**<br>CHIEF PROBATION OFFICER<br><br>**WILFREDO TORRES**<br>SENIOR DEPUTY CHIEF PROBATION OFFICER<br><br>DEPUTY CHIEF PROBATION OFFICER<br><br>**THOMAS C. MILLER** | July 10, 2008 | SUPERVISION UNIT<br>20 WASHINGTON PLACE<br>6TH FLOOR<br>NEWARK, NJ 07102-3172<br>(973) 645-6161<br>FAX: (973) 645-2155 |

Honorable Stanley R. Chesler
U.S. Magistrate Judge
Martin Luther King Jr., Building and Federal Courthouse
PO Box 0999
50 Walnut Street
Newark, New Jersey 07102

                **Re: Toro, Jennifer**
                **Dkt.#: 07-00456-001**
                <u>**Request to Modify Special**</u>
                <u>**Conditions of Probation**</u>

Dear Judge Chesler:

On December 20, 2007, the above offender was sentenced by Your Honor on a charge of conspiracy to distribute oxycodone. She was placed on probation for five years. Special conditions imposed were substance abuse testing and treatment, DNA testing and six months home confinement with electronic monitoring. A $100 special assessment was also imposed.

The offender began her home confinement term on January 8, 2008.

Ms. Torro continues to support herself on a fixed income, due to her receiving disability benefits. The offender is unable to satisfy the $581.94 owed for the six month term of home confinement.

Based on this information, we are requesting that Your Honor waive the cost of home confinement `by signing the attached Form 12B.

If the Court requires more information, please contact the undersigned officer at 973-223-0694.

                Respectfully submitted,

                Christopher Maloney, Chief
                U.S. Probation Officer

                By: Stanley K. Whetstone
                Sr. U.S. Probation Officer