PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jennifer Toro                                       Cr.: 07-00456-001
                                                                      PACTS #: 46836

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler, U.S. District Court Judge

Date of Original Sentence: 12/20/07

Original Offense: Conspiracy to Distribute Oxycodone

Original Sentence: 60 months probation

Type of Supervision: Probation                          Date Supervision Commenced: 12/20/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 22, 2008, the offender submitted a urine sample which offered a presumptive positive for the use of cocaine. STL labs later provided confirmation that specimen #C01012130 was, in fact, positive for cocaine use. |

U.S. Probation Officer Action: At the onset of supervision, Jennifer Toro was placed in our phase drug testing system, wherein she was initially tested three times monthly on a random basis (Phase I). After nine months of no detected drug use, she graduated to Phase III which reduces random testing to once a month. With this positive result, the probation office will return Jennifer Toro to the Phase I category and pursue a substance abuse assessment and outpatient treatment if deemed necessary.

Respectfully submitted,
By: Elisa Martinez
U.S. Probation Officer
Date: 10/07/08

*The Court's endorsement of this petition will serve as a official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10/15/08
Date